**COPY**  B-01-042

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court
Southern District of Texas
FILED

MAR 12 2001

Michael N. Milby
Clerk of Court

| United States District Court | District SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|
| Name of Movant: JUAN ANTONIO PADILLA-PACINA | Prisoner No. 05602-032 | Case No. 1:00CR00010-001 |
| Place of Confinement: FCC BEAUMONT LOW, P.O. BOX 26020, BEAUMONT, TEXAS 77720-6020 | | |

UNITED STATES OF AMERICA      V. JUAN ANTONIO PADILLA-PACINA
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

2. Date of judgment of conviction  DATE OF JUDGMENT 4/14/00, DATE OF CONVICTION 4/24/00

3. Length of sentence  70 Months and 10 months consecutive for violation Sup. Rele

4. Nature of offense involved (all counts)  Reentry in violation of §1326

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty /☒/
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐   N/A

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____

ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    <u>CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/83)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: CONSTRUCTIVE DENIAL OF ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER WAS CONSTRUCTIVELY DENIED ASSISTANCE OF COUNSEL AT CRUCIAL STAGES OF THE PROCEEDINGS INCLUDING BUT BUT NOTLIMITED TO, PRETRIAL; PLEA NEGOTIATIONS: SENTENCING AND, APPEAL DUE TO COUNSEL'S FAILURE TO OBJECT TO THE FACT THAT A PRIOR FELONY CONVICTION IS AN ELEMENT OF THE OFFENSE UNDER 8 U.S.C. §1326(b) AND IS NOT MERELY A SENTENCING ENHANCEMENT IN VIOLATION OF THE PETITIONER'S FIFTH AND AND SIXTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION

B. Ground two: CONSTRUCTIVE DENIAL OF ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER WAS CONSTRUCTIVELY DENIED ASSISTANCE OF COUNSEL AT CRUCIAL STAGES OF THE PROCEEDINGS INCLUDING BUT NOT LIMITED TO, PRETRIAL; PLEA NEGOTIATIONS; SENTENCING; AND, APPEAL IN VIOLATION OF PETITIONER'S FIFTH AND SIXTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION

C. Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL DUE TO COUNSEL'S FAILURE TO ARGUE THAT PETITIONER'S INELIGIBILITY FOR MINIMUM SECURITY CONFINEMENT, DRUG PROGRAM, AND PRERELEASE CUSTODY AS A RESULT OF HIS STATUS AS A DEPORTABLE ALIEN

(5)

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: 
    I NEVER PREVIOUSLY RAISED THE ABOVE GROUNDS DUE TO MY TRIAL COUNSEL'S FAILURE TO FILE A TIMELY NOTICE OF APPEAL AND OR AN APPEAL

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No /☒/

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  NATHANIEL C. PEREZ, JR., 845 E. HARRISON STREET, BROWNSVILLE, TEXAS 78520-7155

    (b) At arraignment and plea  SAME AS ABOVE

    (c) At trial  SAME AS ABOVE

    (d) At sentencing  SAME AS ABOVE

AO 243 (Rev. 5/85)

(e) On appeal  SAID ATTORNEY ABOVE WAS INEFFECTIVE IN HIS FAILURE
TO FILE A TIMELY NOTICE OF APPEAL AND OR AN APPEAL

(f) In any post-conviction proceeding  NONE

(g) On appeal from any adverse ruling in a post-conviction proceeding
    N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒  BUT I WAS SENTENCED TO A CONSECUTIVE 10 MONTH SENTENCE
                BECAUSE I VIOLATED THE CONDITIONS OF MY SUPERVISED RELEAS

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐ No ☐  THAT ALL DEPENDS ON WHETHER I OBTAIN RELIEF IN THIS MOTION!

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

                                                              NONE..
                                                    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-4-01
(date)

                                              _Juan Antonio Padilla Pacina_
                                                    Signature of Movant
                                              JUAN ANTONIO PADILLA-PACINA