AO 240 (Rev. 6/86) Application to Proceed

3

# United States District Court

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
FILED
MAY 1 6 2001
Michael N. Milby
Clerk of Court

Juan Antonio Padilla-Pecina

v.

USA

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: CA B-01-42

I, Juan Antonio Padilla-Pacina _____, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff      ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

GROUND 1. Contructive Denial of Assistance of Counsel.
  Petitioner was constructively denied assistence of counsel at crucial stages of the proceedings.including but notlimited to, pretrial, plea negotiations: Sentencing and, appeal due to counsel's failure to object to the fact that a prior felony conviction is an element of the offense. see petitioner's 2255 for issues raised.

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☒   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   I WORK IN THE FACILITY WHERE I AM CURRENTLY INCARCERATED AS A JENITOR.
   MY MONTHTLY WAGE AMOUNTS TO 16 DOLLARS.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment      Yes ☐   No ☒
   b. Rent payments, interest or dividends?                       Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?            Yes ☐   No ☒
   d. Gifts or inheritances?                                      Yes ☐   No ☒
   e. Any other sources?                                          Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I RECEIVE MONEY FROM MY SISTER, USUALLY EVERY MONTH. THE AMOUNT COMES TO 50 DOLLARS.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   I HAVE TOTAL OF 70 DOLLARS IN MY INMATE ACCOUNT.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]   No [X]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-8-01__                        _Joan A. Padilla Padron_
              (Date)                                Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __71.29__ on account to his credit at the __Reeves County Detention Cntr.__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Inmate Padilla Arrived here on April 12, 2001 therefore he has only been here 28 days and in those 28 days his average balance has been__

I further certify that during the last six months the applicant's average balance was $ __80.00__

_M. Rokelle Ybarra Unit Manager_
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ | _____ _____ |
| United States Judge    Date    | United States Judge    Date    |
|                                | or Magistrate                  |