If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**I RECEIVE MONEY FROM MY SISTER, USUALLY EVERY MONTH. THE AMOUNT COMES TO 50 DOLLARS.**

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   **I HAVE TOTAL OF 70 DOLLARS IN MY INMATE ACCOUNT.**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]   No [X]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **N/A**

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-8-01__
        (Date)

_Juan A. Padilla Padun_
Signature of Applicant

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __71.29__ on account to his credit at the __Reeves County Detention Cntr.__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Inmate Padilla Arrived here on April 12, 2001 therefore he has only been here 28 days and in those 28 days his average balance has been__

I further certify that during the last six months the applicant's average balance was $ __80.00__

_M. Robelle Ytralla Unit Manager_
Authorized Officer of Institution

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____<br>United States Judge   Date | _[signature]_   6-6-01<br>United States Judge   Date<br>or Magistrate |