5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ANTONIO PADILLA-PECINA | * | |
| VS | * | C.A. NO. B-01-042 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-010) |

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **August 8, 2001**.

DONE at Brownsville, Texas, this 6th day of June 2001.

_____
Felix Recio
United States Magistrate Judge