UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ANTONIO PADILLA-PECINA, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-01-042 CRIMINAL NO. B-00-010 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Post Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE in Brownsville, Texas on this 15 day of November, 2001.

_____
Hilda G. Tagle
United States District Judge

12